# IN THE UNITED STATES DISTRICT COURT FOR THE
# EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| AMERICAN SALES COMPANY, INC., MEIJER, INC., MEIJER DISTRIBUTION, INC., on behalf of themselves and all others similarly situated,<br>    Plaintiffs,<br><br>            v.<br><br>SMITHKLINE BEECHAM CORPORATION d/b/a GLAXOSMITHKLINE PLC, GSK,<br>    Defendant. | : : : : : : : : : : : : : | CIVIL ACTION<br><br>NO. 08-CV-03149 |

## **ORDER**

**AND NOW**, this _10th___ day of November 2010, it is **ORDERED** that Plaintiffs' Motion for Class Certification (Doc. 70) is **GRANTED**. It is **FURTHER ORDERED** that Plaintiffs submit proposed class notice to the Court by November 24, 2010.

 

                                                                                 s/Anita B. Brody
                                                  _____
                                                    ANITA B. BRODY, J.

 

Copies **VIA ECF** on _____ to:                        Copies **MAILED** on _____ to: