# IN THE UNITED STATES DISTRICT COURT FOR THE
# EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE FLONASE ANTITRUST LITIGATION : | |
| : | CIVIL ACTION |
| THIS DOCUMENT RELATES TO: : | |
| : | NO. 08-3149 (Direct) |
| ALL ACTIONS : | NO. 08-3301 (Indirect) |

| | |
|---|---|
| ROXANE LABORATORIES, INC., : | |
|     Plaintiff, : | |
| : | CIVIL ACTION |
| v. : | |
| : | NO. 09-1638 |
| SMITHKLINE BEECHAM : | |
| CORPORATION d/b/a : | |
| GLAXOSMITHKLINE, : | |
|     Defendant. : | |

## ORDER

**AND NOW**, this _2ND___ day of June 2011, it is **ORDERED** that Defendant SmithKline Beecham Corp. d/b/a GlaxoSmithKline's Motion for Summary Judgment on <u>Noerr-Pennington</u> Grounds (No. 08-3149 (Direct), ECF No. 151; No. 08-3301 (Indirect), ECF No. 190; No. 09-1638 (<u>Roxane</u>), ECF No. 98) is **DENIED**.

                                                                               s/Anita B. Brody
                                                      _____
                                                      ANITA B. BRODY, J.

Copies **VIA ECF** on _____ to:                         Copies **MAILED** on _____ to: