## IN THE UNITED STATES DISTRICT COURT FOR THE
## EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE FLONASE ANTITRUST LITIGATION | : : : | |
| | : | CIVIL ACTION |
| THIS DOCUMENT RELATES TO: | : : | NO. 08-3149 (Direct) |
| ALL ACTIONS | : : : | NO. 08-3301 (Indirect) |

| | | |
|---|---|---|
| ROXANE LABORATORIES, INC., Plaintiff, | : : : | CIVIL ACTION |
| v. | : : | NO. 09-1638 |
| SMITHKLINE BEECHAM CORPORATION d/b/a GLAXOSMITHKLINE, Defendant. | : : : : : | |

**ORDER**

**AND NOW**, this _14th___ day of July 2011, it is **ORDERED** that Defendant SmithKline Beecham Corp. d/b/a GlaxoSmithKline's Motion for Summary Judgment on Causation Grounds (No. 08-3149 (Direct), ECF No. 150; No. 08-3301 (Indirect), ECF No. 272; No. 09-1638 (Roxane), ECF No. 97) is **DENIED**.

s/Anita B. Brody
_____
ANITA B. BRODY, J.

Copies **VIA ECF** on _____ to:    Copies **MAILED** on _____ to: