# IN THE UNITED STATES DISTRICT COURT FOR THE
# EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re FLONASE ANTITRUST LITIGATION | : |
| | : CIVIL ACTIONS |
| THIS DOCUMENT RELATES TO | : |
| | : No. 08-CV-3149 |
| All Actions | : No. 08-CV-3301 |
| | : No. 09-CV-1638 |
| | : |
| | : |

# ORDER

**AND NOW**, this __25th_____ day of April 2012, as stated during the *Daubert* hearings on April 18 and 19, 2012 in the above-captioned matter, it is **ORDERED** that in consideration of Plaintiffs' Motion to Exclude the Proposed Expert Testimony of Mark K. Pendergast (No. 08-3149, ECF No. 291; No. 08-3301, ECF No. 346; No. 09-1638, ECF No. 180):

- Plaintiffs submit a post-hearing brief, of no more than 10 pages, by **May 7, 2012**; and
- GSK file a response, of no more than 10 pages, **by May 21, 2012**.

It is **FURTHER ORDERED** that in consideration of GSK's Motion to Exclude in Part the Expert Report and Testimony of Leslie Benet (No. 08-3149, ECF No. 288; No. 08-3301, ECF No. 350; No. 09-1638, ECF No. 183):

- GSK submit a post-hearing brief, of no more than 5 pages, by **May 7, 2012**; and
- Plaintiffs file a response, of no more than 5 pages, by **May 21, 2012**.

s/Anita B. Brody

_____

ANITA B. BRODY, J.

Copies **VIA ECF** on _____ to:     Copies **MAILED** on _____ to: