# IN THE UNITED STATES DISTRICT COURT FOR THE
# EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re FLONASE ANTITRUST LITIGATION | : : : | CIVIL ACTION |
| THIS DOCUMENT RELATES TO | : : | No. 08-3149 |
| All Actions | : : | No. 08-3301 |

## ORDER

**AND NOW**, this __20TH__ day of __AUGUST_____ 2012, it is **ORDERED** that the Report and Recommendation of United States Magistrate Judge David Strawbridge (ECF No. 399 in 08-3149, ECF No. 487 in 08-33-1) is **APPROVED** and **ADOPTED**.[1] Therefore, all those documents and/or redactions within documents identified in the Report's attached chart where the "PRIVILEGED?" column designates a "yes" be protected from discovery, as they "were created for the purpose of providing or obtaining legal advice."

     ___S/ANITA B. BRODY_____
              ANITA B. BRODY, J.

Copies **VIA ECF** on _____ to:          Copies **MAILED** on _____ to:

O:\ABB 2012\A - K\Flonase Order re Privilege.wpd

---

[1] No objections to the Report and Recommendation have been filed.