## IN THE UNITED STATES DISTRICT COURT FOR THE
## EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re FLONASE ANTITRUST LITIGATION | : | |
| | : | |
| | : | CIVIL ACTION |
| THIS DOCUMENT RELATES TO | : | |
| | : | No. 08-3149 |
| All Actions | : | No. 08-3301 |
| | : | No. 09-1638 |

## ORDER

**AND NOW**, this 31st day of October 2012, it is **ORDERED** that Defendants' Motion to Exclude Expert Testimony of David A. Kessler (Case No. 08-3149 ECF No. 456) is **DENIED.**

    s/Anita B. Brody

    _____

    ANITA B. BRODY, J.

Copies **VIA ECF** on _____ to:     Copies **MAILED** on _____ to: