IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In Re FLONASE ANTITRUST LITIGATION | Case No. 08-cv-3149 |
| Direct Purchaser Action | Hon. Anita B. Brody |

[PROPOSED] ORDER

AND NOW, on this day 29th day of May, 2013, upon consideration of the Consent Motion to Withdraw Direct Purchaser Plaintiffs' Unopposed Motion for Final Approval of Settlement, it is hereby ORDERED that:

Direct Purchaser Plaintiffs' Motion is Granted and Direct Purchaser Plaintiffs' Unopposed Motion for Final Approval of Settlement [Docket No. 487] shall be marked withdrawn.

IT IS SO ORDERED.

BY THE COURT:

_____
ANITA BRODY, U.S.D.J.

Copies via ECF on ___